**Information to identify the case:**

| Debtor 1 | Dannette M. Gunning | Social Security number or ITIN | xxx–xx–8256 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | | |
| Case number: | 12–37271–JNP | | |

# Order of Discharge                                                                                          12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Dannette M. Gunning

2/14/18                                                                       **By the court:** Jerrold N. Poslusny Jr.
                                                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

 ♦ debts that are domestic support obligations;

 ♦ debts for most student loans;

 ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                           Case No. 12-37271-JNP
Dannette M. Gunning                                              Chapter 13
          Debtor
                             CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                  Page 1 of 2                  Date Rcvd: Feb 14, 2018
                              Form ID: 3180W               Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2018.
db             Dannette M. Gunning,    98 Oak Street, Apt 3103,    Lindenwold, NJ  08021-2451
513496925      Accounts Receivable Technologies,    PO Box 1089,    Troy, MI  48099-1089
513774782     +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk VA 23541-0907
513496931      Cingular Wireless,    Sw Crdt Sys,   5910 W Plano Pkwy Ste 10,    Plano, TX  75093-2201
513496936     +HSBC,   PO Box 5203,    Carol Stream, IL 60197-5203
513496938      Jeffrey M. Gunning,    3475 Howard Ave,   Pennsauken, NJ  08109-3418
514071189    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage, LLC,     350 Highland Drive,
                Lewisville, TX 75067)
513496939      NJ E-Z Pass Violation Processing Center,    PO Box 52005,    Newark, NJ  07101-8205
513496940      Ocwen Loan Servicing L,    12650 Ingenuity Dr,    Orlando, FL  32826-2703
513496941     +Pennauken MUA,    5605 N Crescent Blvd,   Pennsauken, NJ 08110-1834
513496942     +Pennsauken Towsnhip Tax Office,    5605 N Crescent Blvd,    Pennsauken, NJ 08110-1899
513496943      Regional Sewer Service,    CCMUA,   PO Box 1105,   Bellmawr, NJ  08099-5105
513496944     +The Landings at Pine Lake,    98 Oak St,   Clementon, NJ 08021-2432
513592770      US Dept of Education,    Claims filing Unit,    PO Box 8973,   Madison, WI 53708-8973
513496945      Us Dept Of Ed/glelsi,    2401 International Ln,    Madison, WI  53704-3121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 14 2018 23:45:43      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 14 2018 23:45:41      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
513496927      EDI: CINGMIDLAND.COM Feb 14 2018 23:23:00      AT & T Mobility,   PO BOx 537104,
                Atlanta, GA  30353-7104
513545950     +EDI: CINGMIDLAND.COM Feb 14 2018 23:23:00      AT&T Mobility II LLC,   % AT&T Services, Inc,
                Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A231,    Bedminster, NJ 07921-2693
513496926      EDI: GMACFS.COM Feb 14 2018 23:23:00      Ally Financial,   PO Box 380901,
                Bloomington, MN  55438-0901
513547378      EDI: GMACFS.COM Feb 14 2018 23:23:00      Ally Financial,   PO Box 130424,
                Roseville, MN 55113-0004
513724364      EDI: AIS.COM Feb 14 2018 23:23:00     American InfoSource LP as agent for,
                Midland Funding LLC,    PO Box 268941,   Oklahoma City, OK  73126-8941
513496928      EDI: TSYS2.COM Feb 14 2018 23:23:00      Barclays Bank Delaware,   PO Box 8803,
                Wilmington, DE  19899-8803
513496929      EDI: CAPITALONE.COM Feb 14 2018 23:23:00      Cap One,   PO Box 85520,
                Richmond, VA  23285-5520
513496930      EDI: CHASE.COM Feb 14 2018 23:23:00      Chase,   PO Box 15298,   Wilmington, DE  19850-5298
513496932      EDI: WFNNB.COM Feb 14 2018 23:23:00      Comenity Bank/pier 1,    4590 E Broad St,
                Columbus, OH  43213-1301
513496933      EDI: WFNNB.COM Feb 14 2018 23:23:00      Comenity Bank/vctrssec,   PO Box 182789,
                Columbus, OH  43218-2789
513496946      EDI: RCSDELL.COM Feb 14 2018 23:23:00      Webbank/dfs,   1 Dell Way,
                Round Rock, TX  78682-7000
513496934      EDI: RMSC.COM Feb 14 2018 23:23:00      Gecrb/paypal Smart Con,   PO Box 965005,
                Orlando, FL  32896-5005
513496935      EDI: RMSC.COM Feb 14 2018 23:23:00      Gecrb/sams Club,   PO Box 981400,
                El Paso, TX  79998-1400
513496937      EDI: IRS.COM Feb 14 2018 23:23:00      Internal Revenue Service,   Bankruptcy Department,
                955 South Springfield Avenue,    Springfield, NJ  08071
513785567     +Fax: 407-737-5634 Feb 15 2018 00:30:47      Ocwen Loan Servicing, LLC,
                Attn: Bankruptcy Department,    1661 Worthington Road, Suite 100,
                West Palm Beach, FL 33409-6493
513732795      EDI: PRA.COM Feb 14 2018 23:23:00      Portfolio Recovery Associates, LLC,   c/o Capital One,
                POB 41067,   Norfolk VA 23541
513743016      EDI: PRA.COM Feb 14 2018 23:23:00      Portfolio Recovery Associates, LLC,
                c/o Chase Bank Usa, N.a.,    POB 41067,   Norfolk VA 23541
513708048      EDI: PRA.COM Feb 14 2018 23:23:00      Portfolio Recovery Associates, LLC,   c/o Paypal,
                POB 41067,   Norfolk VA 23541
513853383     +EDI: PRA.COM Feb 14 2018 23:23:00      PRA Receivables Management, LLC,   POB 41067,
                Norfolk, VA 23541-1067
513553546      EDI: Q3G.COM Feb 14 2018 23:23:00      Quantum3 Group LLC as agent for,   Comenity Bank,
                PO Box 788,   Kirkland, WA  98083-0788
513606182      EDI: Q3G.COM Feb 14 2018 23:23:00      Quantum3 Group LLC as agent for,   Allgate Financial LLC,
                PO Box 788,   Kirkland, WA  98083-0788
                                                                                                TOTAL: 23

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Ocwen Loan Servicing, LLC
```

```
District/off: 0312-1           User: admin              Page 2 of 2             Date Rcvd: Feb 14, 2018
                               Form ID: 3180W           Total Noticed: 38

513507842*        Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
514071190*      ++NATIONSTAR MORTGAGE LLC,     PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage, LLC,    350 Highland Drive,
                    Lewisville, TX 75067,   Nationstar Mortgage, LLC,    350 Highland Drive,
                    Lewisville, TX 75067)
513496947       ##Zucker, Goldberg & Ackerman,    PO Box 1024,    Mountainside, NJ  07092-0024
                                                                                TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2018 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Joseph J. Rogers    on behalf of Debtor Dannette M. Gunning jjresq@comcast.net,
               jjresq1@comcast.net
                                                                                           TOTAL: 3
```